**GREGOR, D.**

v.

**COMMONWEALTH**

**1381 CD 2016**

Commonwealth Court of Pennsylvania.

06/13/2017

Luzerne County Civil Division, 2015–07316

Affirmed

**GOODE, A.**

v.

**HOUSING AUTH OF the CITY OF SHAMOKIN**

**1623 CD 2016**

Commonwealth Court of Pennsylvania.

06/13/2017

Northumberland County Civil Division, CV–16–271

Vacated/Remanded

**HILLANDALE GETTYSBURG**

v.

**BD OF SUP OF CODORUS TWP**

**1398 CD 2016**

Commonwealth Court of Pennsylvania.

06/13/2017

York County Civil Division, 2015–SU–003419–29

Vacated/Remanded

**NORRIS, T.**

v.

**UCBR**

**1757 CD 2016**

Commonwealth Court of Pennsylvania.

06/13/2017

Unemployment Compensation Board of Review, B–592887

Affirmed